**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   EMIL MUSA                               §
       MALAK MUSA                           §       Case No.: 09-01804
                                                §
                                                §
                                                §
      Debtor(s)                                 §
_____

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/22/2009.

2) This case was confirmed on 04/16/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/09/2009, 03/03/2011, 10/26/2011, 04/26/2012, 06/13/2012.

5) The case was converted on 06/26/2012.

6) Number of months from filing to the last payment:  40

7) Number of months case was pending:  42

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $    44,200.00

10) Amount of unsecured claims discharged without payment $        .00

11) All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 23,600.00 |
| Less amount refunded to debtor | $ 663.63 |
| **NET RECEIPTS** | $ 22,936.37 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ .00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 1,367.74 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 1,367.74 |
| Attorney fees paid and disclosed by debtor | $ 274.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| COUNTRYWIDE HOME LOA | OTHER | NA | NA | NA | .00 | .00 |
| CAPITAL ONE NA | SECURED | 397,894.92 | 397,894.92 | .00 | .00 | .00 |
| CAPITAL ONE NA | SECURED | NA | 11,110.36 | 11,110.36 | 11,110.36 | 1,093.52 |
| COUNTRYWIDE HOME LOA | SECURED | 52,566.12 | 52,247.98 | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOA | SECURED | NA | 1,271.52 | 1,021.50 | 1,021.50 | 88.00 |
| COUNTRYWIDE HOME LOA | OTHER | .00 | NA | NA | .00 | .00 |
| COUNTRYWIDE HOME LOA | OTHER | .00 | NA | NA | .00 | .00 |
| A TOM PETROPULOS MD | UNSECURED | 28.64 | NA | NA | .00 | .00 |
| ACADEMY COLLECTION S | OTHER | .00 | NA | NA | .00 | .00 |
| ACCOUNTS RECEIVABLE | OTHER | .00 | NA | NA | .00 | .00 |
| ADVOCATE MSO SERVICE | OTHER | .00 | NA | NA | .00 | .00 |
| OAK LAWN FIRE DEPT | OTHER | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 2,335.77 | 1,826.87 | 1,826.87 | 15.48 | .00 |
| AMERICAN EXPRESS | UNSECURED | 9,217.64 | 9,882.48 | 9,882.48 | 114.40 | .00 |
| AMERICAN EXPRESS CUS | OTHER | .00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 3,355.92 | 3,237.92 | 3,237.92 | 37.48 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 3,533.37 | 3,541.10 | 3,541.10 | 40.98 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 4,420.97 | 4,518.54 | 4,518.54 | 38.26 | .00 |
| BANK OF AMERICA | OTHER | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 322.00 | 11,979.99 | 11,979.99 | 138.67 | .00 |
| BENEFICIAL/HOUSEHOLD | OTHER | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 214.34 | 9,781.31 | 9,781.31 | 113.24 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 8,235.87 | 8,523.87 | 8,523.87 | 98.67 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CAPITAL ONE | OTHER | .00 | NA | NA | .00 | .00 |
| EAST BAY FUNDING | UNSECURED | 16,563.91 | 16,668.91 | 16,668.91 | 192.96 | .00 |
| EAST BAY FUNDING | UNSECURED | 2,393.00 | 7,900.01 | 7,900.01 | 91.43 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 8,905.62 | 9,414.82 | 9,414.82 | 108.97 | .00 |
| EAST BAY FUNDING | UNSECURED | 20,345.95 | 16,511.36 | 16,511.36 | 191.13 | .00 |
| EAST BAY FUNDING | UNSECURED | 14,971.17 | 14,971.17 | 14,971.17 | 173.29 | .00 |
| CHRIST HOSPITAL | UNSECURED | 3,373.77 | NA | NA | .00 | .00 |
| CHRIST HOSPITAL | UNSECURED | 140.37 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 3,359.91 | 3,759.43 | 3,759.43 | 43.50 | .00 |
| CITI | OTHER | .00 | NA | NA | .00 | .00 |
| CHASE BANK | OTHER | .00 | NA | NA | .00 | .00 |
| CHRIST HOSPITAL | OTHER | .00 | NA | NA | .00 | .00 |
| DISCOVER FINANCIAL S | UNSECURED | 9,725.38 | 10,444.16 | 10,444.16 | 120.90 | .00 |
| DISCOVER FINANCIAL S | UNSECURED | 8,974.85 | 9,623.78 | 9,623.78 | 111.40 | .00 |
| DISCOVER CARD SERVIC | OTHER | .00 | NA | NA | .00 | .00 |
| EAST BAY FUNDING | UNSECURED | 8,105.28 | 8,105.28 | 8,105.28 | 93.82 | .00 |
| FIFTH THIRD BANK | UNSECURED | 1,385.32 | 1,582.19 | 1,582.19 | 18.33 | .00 |
| FIFTH THIRD BANK | OTHER | .00 | NA | NA | .00 | .00 |
| GLOBAL CREDIT | OTHER | .00 | NA | NA | .00 | .00 |
| PALOS COMMUNITY HOSP | OTHER | .00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 3,495.79 | 3,739.04 | 3,739.04 | 43.28 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 612.05 | 908.16 | 908.16 | .00 | .00 |
| TALAL SUNBULLI MD | OTHER | .00 | NA | NA | .00 | .00 |
| KOHLS | UNSECURED | 94.47 | NA | NA | .00 | .00 |
| MERCHANTS CREDIT GUI | OTHER | .00 | NA | NA | .00 | .00 |
| MERCHANTS CREDIT SER | OTHER | .00 | NA | NA | .00 | .00 |
| MICHAEL D FINE | OTHER | .00 | NA | NA | .00 | .00 |
| MIDWEST ANESTHESIOLO | UNSECURED | 200.60 | NA | NA | .00 | .00 |
| MIDWEST DIAGNOSTIC P | UNSECURED | 16.65 | NA | NA | .00 | .00 |
| MIDWEST ORTHOPAEDIC | UNSECURED | 160.78 | NA | NA | .00 | .00 |
| MRS ASSOC INC | OTHER | .00 | NA | NA | .00 | .00 |
| NATIONAL ENTERPRISE | OTHER | .00 | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEM | OTHER | .00 | NA | NA | .00 | .00 |
| NOBEL TALK | UNSECURED | 100.34 | NA | NA | .00 | .00 |
| OAK LAWN FIRE DEPT | UNSECURED | 206.00 | NA | NA | .00 | .00 |
| OAKLAWN RADIOLOGY IM | OTHER | .00 | NA | NA | .00 | .00 |
| OCCU SPORT INC | UNSECURED | 407.18 | NA | NA | .00 | .00 |
| PALOS COMMUNITY HOSP | UNSECURED | 299.99 | NA | NA | .00 | .00 |
| PALOS EMERGENCY MEDI | UNSECURED | 608.44 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTIC | UNSECURED | 5.60 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 715.65 | 880.62 | 880.62 | .00 | .00 |
| SEARS | OTHER | .00 | NA | NA | .00 | .00 |
| TALAL SUNBULLI MD | UNSECURED | 150.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| HOME DEPOT | UNSECURED | 455.00 | NA | NA | .00 | .00 |
| HOME DEPOT | OTHER | .00 | NA | NA | .00 | .00 |
| TRANSWORLD SYSTEMS | OTHER | .00 | NA | NA | .00 | .00 |
| PALOS EMERGENCY MEDI | OTHER | .00 | NA | NA | .00 | .00 |
| A TOM PETROPULOS | OTHER | .00 | NA | NA | .00 | .00 |
| CHASE BANK | OTHER | .00 | NA | NA | .00 | .00 |
| CHASE/BANK ONE | OTHER | .00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | 7,454.12 | NA | NA | .00 | .00 |
| ESCAPE ENTERPRISES | OTHER | .00 | NA | NA | .00 | .00 |
| EQUITY PROPERTIES | OTHER | .00 | NA | NA | .00 | .00 |
| EMCD /STEAK ESCAPE | OTHER | .00 | NA | NA | .00 | .00 |
| EMCD /STEAK ESCAPE | OTHER | .00 | NA | NA | .00 | .00 |
| ESCAPE ENTERPRISES | OTHER | .00 | NA | NA | .00 | .00 |
| EQUITY PROPERTIES | OTHER | .00 | NA | NA | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NA | 2,732.15 | 2,732.15 | 18.89 | .00 |
| AMERICAN EXPRESS | UNSECURED | NA | 2,922.41 | 2,922.41 | 20.20 | .00 |
| EAST BAY FUNDING | UNSECURED | NA | 254.92 | 254.92 | .00 | .00 |
| COUNTRYWIDE HOME LOA | OTHER | NA | NA | NA | .00 | .00 |
| RIDGESTONE BANK | UNSECURED | NA | 555,489.95 | 555,489.95 | 6,429.97 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 12,131.86 | 12,131.86 | 1,181.52 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 12,131.86 | 12,131.86 | 1,181.52 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 719,200.44 | 8,255.25 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 1,367.74 |
| Disbursements to Creditors | $ | 21,568.63 |
| **TOTAL DISBURSEMENTS:** | $ | 22,936.37 |

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed.  The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   07/18/2012             /s/ Tom Vaughn
                                Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**